and Mr. Giordani. I understand you're going to go first. Again, if you can see the display, you have five minutes. But again, feel free to adjust the microphones first. No, no, the lights come on, you're on. You're set. You just start talking. Thank you. May it please the Court, thank you for this opportunity to be heard. I've been waiting for 1997 to present issues that concern a taking of private property. I've described in my underlying briefs substantial Fifth and Fourteenth Amendment rights that should have been considered and never were. This matter proceeds up from the surrogates court, which is indicating that the state court doesn't have an authority to review these issues and it appears to be ignored. I went to district court asking to be heard and Judge Donnelly didn't appear to comprehend the issues, which is partially the reason that letters of testamentary were never issued by the surrogate. I've been trying to get that issuance through the Second Department and the paperwork got lost or the file was never properly transferred, so I couldn't effect my appeal or perfect it. I think the best place is to vacate the dismissal and direct the district court to proceed on this court's instructions. Just briefly, I'd like to go over some of the cases I've cited that should have been recognized by the surrogate and never were. In Sackler, a distinct counterclaim was presented to the court, sounding in legal malpractice and fraud. Yagoda and Kaufman described special circumstances to expand the 3-2 rule that the court in the surrogate was trying to apply and suppress a development of the record, which is more of a 15-year fraud. Lazarus warranted the issuance of letters of testamentary when two wills were implicated and I relied on a 1997 will that I was presenting in the paperwork. I needed to present an appendix to this court and I believed I needed permission to do so because I was raising issues that hadn't been raised before Judge Donnelly and I think this is a special circumstance that extends to beyond the dismissal date and that special circumstance was the surrogate's refusal to advance or forward the file to the second department in which I was presenting these state arguments. So the reason for not filing the brief in a timely fashion was compiling documents to put together an appendix? I was trying to make a motion prior to the expiration date and I was trying to file it in October, describing these special circumstances to this court so that they would expand the time and give necessary directions. And what prevented you from doing that? Excuse me? Sorry, you said you were trying to file the motion. Well, it kept getting defected. Oh, you filed it and then the to this circuit. It was remaining in the clerk's office downstairs. Okay, thank you. So I was going through the list of cases. Chafin is a controlling case directing a surrogate to deposit all data good and bad. So we are well beyond issues that pertain to the surrogate but it implicates some political nefarious behavior and I believe that needed to be recognized by the district court and doesn't seemingly, she wouldn't calendar the matter in order for me to develop the case. So the case never got started. I needed to file a notice of claim and in order to have a proper pleading where a 58 hearing would also be conducted. That would have been implicated through the issuance of a letter's testamentary. So I never had standing and that was the reason I didn't have standing includes the fact that the draftsman put this case into the surrogate rather than what I was planning in the estate plan to proceed with litigation in 2001 through a private trust that didn't require the surrogate's permission is depriving me the opportunity under the first amendment to file a petition for redress of grievance. I asked this court to take consideration of the takings law and it goes through a list. I believe the circuit court, it's a federal issue matter that's beyond that of the surrogate and whatever directions this court needs to provide to the district court needs to be then relayed to the state courts. If they can transfer the file properly then perhaps part of the resolution will be done that way. Thank you very much. Thank you. Mr. Giordani, we have your argument and now it's turn for the appellee to be heard. Thank you. I understand. I'm Paul for the government from the eastern district of New York. If your honors have any questions I'm happy to if your honors have any questions I'm happy to answer them. The only thing the government would say is to the extent the appeal is reinstated we would oppose it on the grounds that we sought and obtained dismissal in the district court and that the only federal defendant named is the United States Department of Justice. Any claims against them are barred by sovereign I think you can see from Mr. Giordani's presentation today and his papers filed here that the bulk of his claims do not relate to the federal government to the United States Department of Justice and so to the extent your honors have any specific questions for them. Well so so now you're talking about dismissing it on the merits so do you think that it should the appeal should be reinstated and then the merits should be addressed? Well your honor we would if the appeal were reinstated it would be we our arguments would be limited to what we presented below and what the court decided below to the extent that Mr. Giordani here seeks to add additional records related to a surrogates matter or uh you would say it wasn't raised below right I understand that but I'm just asking about the the antecedent question of whether he should be excused from the default so if he says that he tried to move for an extension of time and was frustrated in doing so by requirements of the clerk's office is that a reason to excuse the default? Your honor the only thing we would say on that is Mr. Giordani is a practicing lawyer he's admitted in the United in the state of New York so he is aware of the rules of procedure governing this court so to the extent he failed to follow those rules he should be held to that to the standard of a lawyer not a pro se plaintiff but other than that the United States doesn't have a position. Okay okay thank you very much we will take the case under advisement.